CIVIL MINUTES -- GENERAL

Case No.  **CV 21-679-JFW(AGRx)**                              Date: June 25, 2021

Title:   Orlando Garcia -v- Wang Soo Lee, et al.

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH COURT ORDER

On June 16, 2021, after reviewing the parties' Joint Statement on Meet and Confer on Motion of [*sic*] Dismiss for Lack of Jurisdiction, filed June 15, 2021 (Docket No. 22), the Court concluded that the parties had failed to conduct a proper Local Rule 7-3 conference and ordered the parties to conduct an additional conference by June 21, 2021. The Court also ordered the parties to file a declaration setting forth the issues resolved at the conference and those issues that were not resolved with a detailed explanation of why those issues could not be resolved within three days of the meet and confer. In addition, the Court ordered that if a motion remained necessary, counsel for Defendants Wang Soo Lee, Eun Sook Lee, and Digital Currency Services, Inc. (Collectively, "Defendants") shall not file that motion until two days after each party filed the declaration required by the Order. On June 21, 2021, James S. Link, counsel for Defendants, filed a declaration as required by the Court's June 16, 2021 Order. However, Plaintiff Orlando Garcia ("Plaintiff") failed to file a declaration as required by the Court's June 16, 2021 Order.

As a result of Plaintiff's violation of the Court's Order, this action is **DISMISSED without prejudice**. *See* Federal Rule of Civil Procedure 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-988 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

IT IS SO ORDERED.